| | |
|---|---|
| 1 | TANJA L. DARROW, Bar No. 175502 |
| | tdarrow@littler.com |
| 2 | LITTLER MENDELSON, P.C. |
| | 633 West 5th Street, 63rd Floor |
| 3 | Los Angeles, CA  90071 |
| | Telephone:   213.443.4300 |
| 4 | Facsimile:    213.443.4299 |
| 5 | SARAH E. ROSS, Bar No. 252206 |
| | sross@littler.com |
| 6 | LITTLER MENDELSON, P.C. |
| | 2049 Century Park East |
| 7 | 5th Floor |
| | Los Angeles, CA  90067.3107 |
| 8 | Telephone:   310.553.0308 |
| | Facsimile:    310.553.5583 |
| 9 | |
| 10 | Attorneys for Defendants |
| | MEDTRONIC, INC. AND MEDTRONIC |
| 11 | MINIMED, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY V. CALOVE, | Case No.  CV13-1322 DDP (SHx) |
| Plaintiff, | ASSIGNED FOR ALL PURPOSES TO JUDGE DEAN D. PREGERSON |
| v. | **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| MEDTRONIC, INC., a Minnesota corporation; MEDTRONIC MINIMED, INC., a Delaware corporation; and DOES 1 through 100, Inclusive, | |
| | **[FED. R. CIV. P. 12(B)(6)]** |
| Defendants. | Hearing Date: April 1, 2013 |
| | Time:             10:00 a.m. |
| | Courtroom:    3 |
| | Complaint filed:  January 17, 2013 (originally filed in Los Angeles Superior Court) |

**TO PLAINTIFF SALLY V. CALOVE AND HER ATTORNEYS OF RECORD:**

YOU ARE HEREBY NOTICED THAT on April 1, 2013, at 10:00 a.m., or as soon thereafter as counsel may be heard by Judge Dean D. Pregerson in Courtroom 3 of the above-entitled Court, located at 312 North Spring Street, Los Angeles, California 90012-4701, Defendants Medtronic, Inc. and Medtronic MiniMed, Inc. ("Defendants") will and hereby do move the Court to dismiss Plaintiff Sally V. Calove's ("Plaintiff") Complaint without leave to amend pursuant to Federal Rule of Civil Procedure section 12(b)(6) on the grounds that all four causes of action alleged by Plaintiff fail to state a claim upon which relief can be granted because they are barred by the statute of limitations.

Plaintiff's First Cause of Action for Disability Discrimination in Violation of Public Policy, Second Cause of Action for Age Discrimination in Violation of Public Policy, Third Cause of Action for Retaliation in Violation of Public Policy, and Fourth Cause of Action for Wrongful Termination in Violation of Public Policy, all rely on the California Fair Employment and Housing Act ("FEHA") as the underlying public policy. As Plaintiff failed to file her Complaint within one year after she received her Right-to-Sue Notices from the California Department of Fair Employment and Housing, as required for claims relying on FEHA, her claims are barred by the statute of limitations.

Because Plaintiff is time barred from filing her claims and no amendment of the Complaint would enable Plaintiff to overcome its legal deficiencies, the dismissal of this action must be with prejudice and without leave to amend.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on February 22, 2013.

This Motion is based upon this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, Request for Judicial Notice, and all pleadings and papers on file in this action, and upon such other matters as may be presented to

1  the Court at the time of the hearing.

2

3

4  Dated:   March 1, 2013

5

6                                     /s/
                                     TANJA L. DARROW
                                     SARAH E. ROSS
7                                   LITTLER MENDELSON, P.C.
                                   Attorneys for Defendants
8                                   MEDTRONIC, INC. AND
                                   MEDTRONIC MINIMED, INC.

9

10  Firmwide:118759237.1 014245.2068

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28